IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-01456-PAB-MEH

ADAN RIOS,
JAMIE BANUELOS,
JOSE ANGEL GUTIERREZ,
MILTON RANGEL,
LAZARO HERNANDEZ,
HUASCAR POLANCO, and
WILMER POLANCO, on their own behalf and behalf of all others similarly situated,

    Plaintiffs,

v.

MIDWEST PARTITIONS, INC.,
D&F PARTITIONS, LLC,
YOLKINS RES/COM DRYWALL, INC.,
ALLEN HALL,
CESAR QUINTANA, and
MARCOS GUTIERREZ,

    Defendants.

**ORDER**

The Court takes up this matter *sua sponte* under its inherent power to regulate and control its civil docket. *See Stone v. I.N.S.*, 514 U.S. 386, 411 (1995) (noting that courts "have inherent power to . . . control the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants"). On August 6, 2015, defendant Yolkins Res/Com Drywall, Inc. ("Yolkins") filed a document titled Answer Presenting Defenses Under Rule 12(b) [Docket No. 18]. The answer is signed by an individual named Candice Quintana, who does not identify herself as an attorney

representing Yolkins.  Docket No. 18 at 3.  No other attorney has filed an entry of appearance on Yolkins's behalf in this action.

"As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."  *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001); *see also Riviera Drilling & Exploration Co. v. Gunnison Energy Corp.*, 412 F. App'x 89, 92 (10th Cir. 2011) (unpublished) ("[A] corporation cannot appear pro se."); *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) ("It has been our long-standing rule that a corporation must be represented by an attorney to appear in federal court.").  In addition, this district's Local Attorney Rule 5(b) advises that a corporation, partnership, or other legal entity may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of counsel, "pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity."  D.C.COLO.LAttyR 5(b).

Wherefore, it is

**ORDERED** that defendant Yolkins Res/Com Drywall, Inc.'s Answer Presenting Defenses Under Rule 12(b) [Docket No. 18] is **STRICKEN**.

DATED August 7, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge