IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01456-PAB-MEH

ADAN RIOS,
JAMIE BANUELOS,
JOSE ANGEL GUTIERREZ,
MILTON RANGEL,
LAZARO HERNANDEZ,
HUASCAR POLANCO, and
WILMER POLANCO, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

MIDWEST PARTITIONS, INC.,
D&F PARTITIONS, INC.,
YOLKINS RES/COM DRYWALL, INC.,
ALLEN HALL,
CESAR QUINTANA, and
MARCOS GUTIERREZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 11, 2015.**

    Plaintiffs' Motion for Leave to File an Amended Complaint [filed August 7, 2015; docket #20] is **denied as moot**. As the Plaintiffs' concede, no answer or other response to the Complaint has been filed in this case; accordingly, the Plaintiffs may file their Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1) by filing a clean copy of the proposed Amended Collective Action Complaint for Unpaid Overtime Premium (docket #20-1) on or before August 14, 2015. Defendants (who have been served with process and appeared in this case) shall file answers or other responses to the amended pleading in accordance with Fed. R. Civ. P. 15(a)(3).