IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01456-PAB-MEH

ADAN RIOS,
JAMIE BANUELOS,
JOSE ANGEL GUTIERREZ,
MILTON RANGEL,
LAZARO HERNANDEZ,
HUASCAR POLANCO, and
WILMER POLANCO, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

MIDWEST PARTITIONS, INC.,
D&F PARTITIONS, INC.,
YOLKINS RES/COM DRYWALL, INC.,
ALLEN HALL,
CESAR QUINTANA,
MARCOS GUTIERREZ,
JAVIER MARTINEZ DRYWALL LLC, and
JAVIER MARTINEZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 29, 2016.**

    Before the Court is Plaintiffs' Response to Order to Show Cause [docket #44]. For good cause shown, the Court will grant the requested extension of time within which to serve Defendants Javier Martinez Drywall LLC and Javier Martinez, and accept the returns of service filed by the Plaintiffs on January 5, 2016 (dockets ##37 and 38). The order to show cause is **discharged**.

    In light of this order, Plaintiffs' unopposed Motion for Court-Approved Notice Regarding the Right to Opt-In [filed March 16, 2016; docket #39] is **granted**. The Notice attached to the motion is approved to provide notice to the individuals for whom Plaintiffs have been provided names and contact information and who were employed by Midwest Partitions.