IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-01456-PAB-MEH | Date: | October 13, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

_Parties:_                                                    _Counsel:_

ADAM RIOS, et al                                    Richard Rosenblatt

     Plaintiff,

v.

MIDWEST PARTITIONS, INC., et al              Bruce Anderson

     Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER
## STATUS CONFERENCE

---

**Court in session:**     **10:31 a.m.**

The Court calls case.   Counsel for the plaintiff appeared by telephone.

Discussion was held regarding the status of the Settlement Agreement.

**Court in recess:**     **10:34 a.m.**     (Hearing concluded)
Total time in court:     0:03

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.