**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01456-PAB-MEH

ADAN RIOS,
JAMIE BANUELOS,
JOSE ANGEL GUTIERREZ,
MILTON RANGEL,
LAZARO HERNANDEZ,
HUASCAR POLANCO,
WILMER POLANCO,
LEOPOLDO RODRIGUEZ, and
OSCAR GONZALEZ,
on their own behalf and on behalf of all others similarly situated,

   Plaintiffs,

v.

MIDWEST PARTITIONS, INC.,
D & F PARTITIONS, LLC,
YOLKINS RES/COM DRYWALL, INC.,
ALLEN HALL,
CESAR QUINTANA,
MARCOS GUTIERREZ,
JAVIER MARTINEZ DRYWALL LLC, and
JAVIER MARTINEZ,

   Defendants.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order [Docket No. 68] of United States District Judge Philip A. Brimmer entered on April 24, 2017, it is

**ORDERED** that plaintiffs' Motion for Default Judgment and Brief in Support

Against Defendants Javier Martinez Drywall, LLC and Javier Martinez [Docket No. 65], Motion for Default Judgment and Brief in Support Against Defendants Yolkins Res/Com Drywall, Inc. and Cesar Quintana [Docket No. 66] and Motion for Default Judgment and Brief in Support Against Defendants D & F Partitions, LLC and Marcos Gutierrez [Docket No. 67] are **GRANTED**.  It is further

**ORDERED** that default judgment shall enter in favor of plaintiff Alejandro Rascon and against defendants Javier Martinez Drywall, LLC and Javier Martinez, jointly and severally, in the amount of $1,914.00.  It is further

**ORDERED** that default judgment shall enter in favor of plaintiff Leopoldo Rodriguez and against defendants Javier Martinez Drywall, LLC and Javier Martinez, jointly and severally, in the amount of $2,469.00.  It is further

**ORDERED** that default judgment shall enter in favor of plaintiff Huascar Polanco and against defendants Yolkins Res/Com Drywall, Inc. and Cesar Quintana, jointly and severally, in the amount of $1,964.00. It is further

**ORDERED** that default judgment shall enter in favor of plaintiff Wilmer Polanco and against defendants Yolkins Res/Com Drywall, Inc. and Cesar Quintana, jointly and severally, in the amount of $1,374.75.  It is further

**ORDERED** that default judgment shall enter in favor of plaintiff Milton Rangel and against defendants Yolkins Res/Com Drywall, Inc. and Cesar Quintana, jointly and severally, in the amount of $909.50.  It is further

**ORDERED** that default judgment shall enter in favor of plaintiff Javier Rascon and against defendants D & F Partitions, LLC and Marcos Gutierrez, jointly and severally, in the amount of $1,596.25.  It is further

**ORDERED** that default judgment shall enter in favor of plaintiff Juan Rascon and against defendants D & F Partitions, LLC and Marcos Gutierrez, jointly and severally, in the amount of $1,468.50.  It is further

**ORDERED** that default judgment shall enter in favor of plaintiff Oscar Rascon and against defendants D & F Partitions, LLC and Marcos Gutierrez, jointly and severally, in the amount of $1,937.25.  It is further

**ORDERED** that post-judgment interest shall accrue in accordance with 28 U.S.C. § 1961.  It is further

**ORDERED** that plaintiffs are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 26th day of April, 2017.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                       By:  s/   Kathy Preuitt-Parks
                                      Kathy Preuitt-Parks
                                      Deputy Clerk